**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2427**

_____

DORA L. ADKINS,

        Plaintiff - Appellant,

    v.

MARRIOTT INTERNATIONAL, INCORPORATED, Corporation Service Company,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:25-cv-02069-MSN-WBP)

_____

Submitted:  February 19, 2026              Decided:  February 23, 2026

_____

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Dora L. Adkins, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order denying her motion for leave to file a proposed emergency complaint and her motion to expedite. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Adkins v. Marriott Int'l, Inc.*, No. 1:25-cv-02069-MSN-WBP (E.D. Va. Nov. 21, 2025). Additionally, based on the numerous meritless appeals Adkins has pursued in this court, we warn her that filing further meritless or frivolous appeals could result in an order directing her to show cause why this court should not impose a prefiling injunction or other sanctions.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*